**UNITED STATES DISTRICT COURT**
<u>**EASTERN DISTRICT OF NEW YORK**</u>

LUIS MUNOZ,

                    *Plaintiff*,

-against-

QUESAN CORP. (DBA LOS VERDES NEW YORK), and DANIEL GIRALDO, individually,

                    *Defendants*.

Civil Action No. **1:23-cv-05692-ENV-RML**

**OFFER OF JUDGMENT TO PLAINTIFF PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO: **Lina Stillman**
STILLMAN LEGAL P.C
42 Broadway, 12th Floor
New York, New York 10004
Telephone:(212)203-2417
ls@stillmanlegalpc.com

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants QUESAN CORP. (DBA LOS VERDES NEW YORK) and DANIEL GIRALDO (collectively "Defendants") hereby offer to allow judgment to be taken against them by LUIS MUNOZ ("Plaintiff") in the above-captioned action in the total sum of Thirty Thousand Dollars and No Cents ($30,000.00), inclusive of reasonable attorneys' fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

      This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or

omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

The sum total of Thirty Thousand Dollars and No Cents ($30,000.00) shall be paid as follows: Thirty Thousand Dollars and No Cents ($30,000.00) to be paid within thirty(30) days after the Court enters judgment against Defendants.

If Defendants fail to make the payment outlined above, Plaintiff will notify Defendants' counsel of the default via email at ecf@smfirm.com. Defendants will then have seven (7) days from the transmission of the notice to cure the default. If Defendants fail to cure the default, Plaintiff will be entitled to enforce the judgment amount against Defendants, less any payments made.

Date: March 5, 2024
New York, New York

Respectfully submitted,

*David Salzer* By: **David Seltzer**
Seltzer Mayberg, LLC
10750 NW 6th Court
2nd Floor
Miami, FL 33168
305-444-1565
Fax: 305-444-1665
Email: ecf@smfirm.com

2