UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————X

LUIS MUNOZ,

          *Plaintiffs*,

-against-

QUESAN CORP. (DBA LOS VERDES NEW YORK), and DANIEL GIRALDO, individually,

          *Defendants.*
                                X

Civil Action No. **1:23-cv-05692-ENV-RML**

**JUDGMENT**

## **JUDGMENT**

On March 5, 2024, the Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiff, LUIS MUÑOZ, has a judgment against QUESAN CORP. (DBA LOS VERDES NEW YORK) and DANIEL GIRALDO, jointly and severally, in the amount of Thirty Thousand Dollars and No Cents ($30,000.00), which is inclusive of attorneys' fees and costs.

Dated:  Brooklyn, New York
           March 7, 2024

Brenna B. Mahoney
Clerk of Court

By:*/s/Jalitza Poveda*
     Deputy Clerk